ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN ARELLANO,

              Defendant.

CONSENT PRELIMINARY
ORDER OF FORFEITURE/
MONEY JUDGMENT

22 Cr. 551 (JLR)

WHEREAS, on or about October 13, 2022, JUAN ARELLANO (the
"Defendant"), was charged in a one-count Indictment, 22 Cr. 551 (JLR) (the
"Indictment"), with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349
(Count One); and

WHEREAS, the Indictment included a forfeiture allegation as to Count One of
the Indictment, seeking forfeiture to the United States, pursuant to 18 U.S.C.
§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), of any and all property, real and personal, that
constitutes or is derived from proceeds traceable to the commission of the offense
charged in Count One of the Indictment, including but not limited to a sum of money
in United States currency representing the amount of proceeds traceable to the
commission of the offense charged in Count One of the Indictment; and

WHEREAS, on or about ~~December 19, 2023~~ January 16, 2024, the Defendant pled guilty to
Count One of the Indictment, pursuant to a plea agreement with the Government,
wherein the Defendant admitted the forfeiture allegation with respect to Count One
of the Indictment, and agreed to forfeit to the United States, pursuant to 18 U.S.C.
§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), a sum of money equal to $1,744,474 in United



States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment; and

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,744,474 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendants David Carmona and Gustavo Rodriguez (the "Co-Defendants"), to the extent forfeiture money judgments are entered against the Co-Defendants in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Michael D. Maimin and Cecilia Vogel of counsel, and the Defendant, and his counsel, James E. Neuman, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,744,474 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable

2

with his Co-Defendants, to the extent forfeiture money judgments are entered against the Co-Defendants in this case, shall be entered against the Defendant.

2.      Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JUAN ARELLANO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One Saint Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to 21 U.S.C. § 853, United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2.

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of

4

which will be deemed an original but all of which together will constitute one and the

same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          December 19, 2023
      Michael D. Maimin                          DATE
      Cecilia Vogel
      Assistant United States Attorneys
      One Saint Andrew's Plaza
      New York, NY 10007
      (212) 637-2340/1084

JUAN ARELLANO

By: _____          1/16/23
      Juan Arellano                              DATE

By: _____          1/16/23
      James E. Neuman, Esq.                      DATE
      Attorney for Defendant
      100 Lafayette Street, Suite 501
      New York, NY 10013

SO ORDERED:

_____               1/16/2024
THE HONORABLE JENNIFER L. ROCHON                 DATE
UNITED STATES DISTRICT JUDGE