# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

March 17, 2025

> Letter Motion GRANTED.
>
> Dated: March 18, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Hon. Jennifer L. Rochan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v Juan Arellano,* 22 Cr. 551 (JLR)

Your Honor:

      In November, 2022, I was appointed to represent Juan Arellano in the referenced matter. Since then, I have devoted substantial time to this case. Because Mr. Arellano's sentencing is not imminent, the final voucher is unlikely to be ready to be filed in the near future.

      Accordingly, I ask for permission to file interim vouchers.

                                                Respectfully submitted,

                                                /s/
                                                James E. Neuman