UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                - v. -<br><br>JUAN ARELLANO,<br>                       Defendant. | 22-cr-00551-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 30680-510, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

Dated: September 30, 2025
       New York, New York

                                                  SO ORDERED.

                                                  _____
                                                  JENNIFER L. ROCHON
                                                  United States District Judge